## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: | : |
| **AARON M. MCBRIDE** | : **BK. No. 18-10235 TPA** |
| **KATHLEEN C. MCBRIDE** | : |
| **A/K/A KATHLEEN CARROLL HAIN** | : **Chapter No. 07** |
| Debtors | : |
|  | : **Related to Document No. 15** |
| **U.S. BANK NATIONAL ASSOCIATION** | : |
| Movant | : |
| v. | : |
| **AARON M. MCBRIDE** | : |
| **KATHLEEN C. MCBRIDE** | : |
| **A/K/A KATHLEEN CARROLL HAIN** | : |
| and | : |
| **JOHN C. MELARAGNO, ESQUIRE (TRUSTEE)** | : |
| Respondents | : |

**CERTIFICATE OF NO OBJECTION REGARDING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY RELATED TO DOCUMENT NO. 15**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay filed on May 2, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Relief from the Automatic Stay were to be filed and served no later than May 21, 2018.

It is hereby respectfully requested that the Order attached to the Motion for Relief from the Automatic Stay be entered by the Court.

Dated: May 31, 2018

/s/ James A. Prostko, Esquire
James A. Prostko, Esq., Id. No.27221
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31501
Fax Number: 215-568-7616
Email: james.prostko@phelanhallinan.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| **AARON M. MCBRIDE** | : | **BK. No. 18-10235 TPA** |
| **KATHLEEN C. MCBRIDE** | : | |
| **A/K/A KATHLEEN CARROLL HAIN** | : | **Chapter No. 07** |
| Debtors | : | |
| | : | **Related to Document No. 15** |
| **U.S. BANK NATIONAL ASSOCIATION** | : | |
| Movant | : | |
| v. | : | |
| **AARON M. MCBRIDE** | : | |
| **KATHLEEN C. MCBRIDE** | : | |
| **A/K/A KATHLEEN CARROLL HAIN** | : | |
| and | : | |
| **JOHN C. MELARAGNO, ESQUIRE (TRUSTEE)** | : | |
| Respondents | : | |

**CERTIFICATE OF SERVICE OF CERTIFICATION OF NO OBJECTION**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading, Certification of No Objection, on the parties at the addresses shown below on 5/31/2018.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by Electronic Notification
JOHN C. MELARAGNO, ESQUIRE
(TRUSTEE)
502 WEST 7TH STREET
ERIE, PA 16502
johnm@mplegal.com

KURT L. SUNDBERG, ESQUIRE
MARSH, SPAEDER, BAUR, ET AL.,
300 STATE STREET, STE 300
ERIE, PA 16507
jrizzo@marshspaeder.com

OFFICE OF THE UNITED STATES
TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222
ustpregions03.pi.ecf@usdoj.gov

Service by First Class Mail
KATHLEEN C. MCBRIDE
2704 ANGLE STREET
ERIE, PA 16506

AARON M. MCBRIDE
2704 ANGLE STREET
ERIE, PA 16506

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading: "Service by Electronic Notification" and those served by mail will be listed under the heading: "Service by First Class Mail."

Method of Service:  electronic means or first class mail