FILED
6/4/18 12:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA (Erie)**

| | |
|---|---|
| IN RE: | |
| AARON M. MCBRIDE | : BK. No. 18-10235-TPA |
| KATHLEEN C. MCBRIDE | : |
| A/K/A KATHLEEN CARROLL HAIN | : Chapter No. 7 |
|     Debtors | : |
| | : Document No. 15 |
| U.S. BANK NATIONAL ASSOCIATION | : |
|     Movant | : Hearing Date: JUNE 7, 2018 |
|     v. | : |
| AARON M. MCBRIDE | : Hearing Time: 10:30 am |
| KATHLEEN C. MCBRIDE | : |
| A/K/A KATHLEEN CARROLL HAIN | : Objection Date: MAY 21, 2018 |
|     and | : |
| JOHN C. MELARAGNO, ESQUIRE | : |
| (TRUSTEE) | : |
|     Respondents | |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

**AND NOW,** this 4th day of June, 2018, upon Motion of **U.S. BANK NATIONAL ASSOCIATION** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED AND DECREED THAT:** The Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 of the Bankruptcy Code is modified with respect to premises, 2704 ANGLE STREET, ERIE, PA 16506, as more fully set forth in the legal description attached to said mortgage, as to allow the Movant, its successors or assignees, to foreclose on its mortgage or take any legal or consensual action for enforcement of its right to possession of, or title to, said premises (such actions include but are not limited to the signing of a deed in lieu of foreclosure or entering into a loan modification agreement) and to allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises.

THOMAS P. AGRESTI     jlm
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 18-10235-TPA
Aaron M. McBride                                                                        Chapter 7
Kathleen C. McBride
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: bsil                  Page 1 of 1                  Date Rcvd: Jun 04, 2018
                               Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2018.
db/jdb         +Aaron M. McBride,   Kathleen C. McBride,    2704 Angle Street,    Erie, PA 16506-2512

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2018                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
               bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jerome B. Blank    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION pawb@fedphe.com
              John C. Melaragno, Trustee    johnm@mplegal.com,
               jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
              Kurt L. Sundberg    on behalf of Debtor Aaron M. McBride jrizzo@marshspaeder.com,
               tsapper@marshspaeder.com;r48049@notify.bestcase.com
              Kurt L. Sundberg    on behalf of Joint Debtor Kathleen C. McBride jrizzo@marshspaeder.com,
               tsapper@marshspaeder.com;r48049@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                              TOTAL: 7