**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Aaron M. McBride**
**Kathleen C. McBride**
**aka Kathleen Carroll Hain**
   Debtor(s)

Bankruptcy Case No.: 18–10235–TPA

Chapter: 7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    John C. Melaragno, Trustee is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: August 1, 2018

Thomas P. Agresti
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Aaron M. McBride
Kathleen C. McBride
    Debtors

Case No. 18-10235-TPA
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: admin     Page 1 of 1     Date Rcvd: Aug 01, 2018
                       Form ID: 129     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2018.
db/jdb        +Aaron M. McBride,    Kathleen C. McBride,    2704 Angle Street,    Erie, PA 16506-2512

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2018 at the address(es) listed below:
       James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1 bkgroup@kmllawgroup.com
       James A. Prostko    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION pawb@fedphe.com, james.prostko@phelanhallinan.com
       Jerome B. Blank    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION pawb@fedphe.com
       John C. Melaragno, Trustee    johnm@mplegal.com, jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
       Kurt L. Sundberg    on behalf of Debtor Aaron M. McBride jrizzo@marshspaeder.com, tsapper@marshspaeder.com;r48049@notify.bestcase.com
       Kurt L. Sundberg    on behalf of Joint Debtor Kathleen C. McBride jrizzo@marshspaeder.com, tsapper@marshspaeder.com;r48049@notify.bestcase.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                     TOTAL: 7